THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY COLE, Appellant.

(Argued December 21, 1892 ; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made December 4, 1892, which affirmed a judgment convicting defendant of the crime of obtaining the signature of an indorser of a promissory note by false pretenses, entered upon a verdict at the Monroe County Sessions.

*Thomas Raines* for appellant.

*George A. Benton* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____